01

02

03                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
04                                  AT SEATTLE

05   RICHARD A. CASE,                          )
                                               )
06              Plaintiff,                     )   CASE NO.   C05-2074-TSZ-MAT
            v.                                 )
07                                             )
     JOHN TAYLOR HICKS, *et al.*,              )   ORDER GRANTING PLAINTIFF'S
08                                             )   MOTION TO ENLARGE TIME
                Defendants.                    )
09   _____ )

10          This is a civil rights action filed under 42 U.S.C. § 1983.   This matter comes before the

11   Court at the present time on plaintiff's motion to enlarge time to file a response to this Court's

12   April 15, 2010, Order to Show Cause.   The Court, having reviewed plaintiff's motion, does

13   hereby ORDER as follows:

14          (1)     Plaintiff's motion to enlarge time (Dkt. No. 20) is GRANTED.   Plaintiff is

15   directed to file his response to the Order to Show Cause not later than *July 30, 2010*.

16          (2)     The Clerk is directed to send copies of this Order to plaintiff and to the

17   Honorable Thomas S. Zilly.

18          DATED this 18th day of June, 2010.

19

20                                                 _____
                                                   Mary Alice Theiler
21                                                 United States Magistrate Judge

22

     ORDER GRANTING PLAINTIFF'S
     MOTION TO ENLARGE TIME
     PAGE - 1